IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**ANTWANE MCGEE,**

    **Plaintiff,**

v.                                                                               Case No. 1:23-cv-110-AW-MJF

**STATE OF FLORIDA,**

    **Defendant.**

_____/

## ORDER OF DISMISSAL

After Plaintiff failed to comply with court orders, the magistrate judge recommended dismissal. ECF No. 9. There has been no objection to the report and recommendation. I note that the copy sent to Plaintiff was returned as undeliverable and that there was no forwarding address. ECF No. 10. Plaintiff, though, was responsible for keeping the clerk apprised of any changes in address. ECF No. 3.

I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with court orders and failure to prosecute." The clerk will then close the file.

SO ORDERED on January 16, 2024.

                                                          s/ *Allen Winsor*
                                                          United States District Judge